UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-62094-BLOOM/Valle

MARK DONALD HUNT,

    Plaintiff,
v.

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice. *See* ECF No. [14]. For the reasons given in the Court's Order on Defendant's motion, *see* ECF No. [29], the Court **GRANTS** Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice, and enters a **FINAL JUDGMENT** in favor of Defendant against Plaintiff. All deadlines are **TERMINATED.** The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of February, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record